**ORAL ARGUMENT IS SCHEDULED FOR OCTOBER 24, 2017**

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| **Duke Energy Corporation, et al.** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 16-1133** |
| | ) | |
| **Federal Energy Regulatory** | ) | |
| **Commission,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**MOTION OF**
**PJM INTERCONNECTION, L.L.C.**
**TO WITHDRAW**
**MOTION FOR MODIFICATION OF ORAL ARGUMENT TIME**

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure, PJM Interconnection, L.L.C. ("PJM"), Intervenor in support of Respondent Federal Energy Regulatory Commission ("FERC"), hereby respectfully moves the Court to withdraw the motion PJM filed on October 13, 2017, for an order modifying the allocations of time for oral argument under the Court's order of October 12, 2017.

PJM no longer seeks to utilize any portion of the argument time assigned to FERC. Instead, as the Court's order contemplated, Intervenor Independent Market Monitor for PJM ("Market Monitor") will utilize two minutes of the ten minutes the

Court allotted to FERC in the October 12, 2017 order. The undersigned is authorized to

state that FERC consents to this motion.

Respectfully submitted,


By: */s/ Michael J. Thompson*

Jennifer Tribulski,                                     Michael J. Thompson
    Associate General Counsel                  Paul M. Flynn
PJM Interconnection, L.L.C.                     Wright & Talisman, P.C.
2750 Monroe Blvd.                                  1200 G Street, N.W., Suite 600
Audubon, PA 19403                                 Washington, D.C.  20005
(610) 666-4363                                       (202) 393-1200


**Attorneys for PJM Interconnection, L.L.C.**

October 16, 2017

## CERTIFICATE OF COMPLIANCE

In accordance with Fed. R. App. P. 27(d)(2)(A), I certify that this motion contains 119 words.

Respectfully submitted,

*/s/ Michael J. Thompson*
Michael J. Thompson
Wright & Talisman, P.C.
1200 G Street, N.W., Suite 600
Washington, DC  20005
(202) 393-1200

**Attorney for**
**PJM Interconnection, L.L.C.**

Filed: October 16, 2017

## <u>CERTIFICATE OF SERVICE</u>

In accordance with Fed. R. App. P. 25(d), and the Court's Administrative Order Regarding Electronic Case Filing, I hereby certify that I have, this 16th day of October 2017, served the following via the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/Michael J. Thompson*
Michael J. Thompson
Wright & Talisman, P.C.
1200 G Street, N.W., Suite 600
Washington, DC  20005
(202) 393-1200

**Attorney for**
**PJM Interconnection, L.L.C.**