# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 16-1133**  **September Term, 2017**

FERC-151FERC61206
FERC-154FERC61156

Filed On: October 16, 2017 [1699328]

Duke Energy Corporation, et al.,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Independent Market Monitor for PJM and
PJM Interconnection, L.L.C.,
      Intervenors

### O R D E R

    Upon consideration of the motion of PJM Interconnection, LLC for modification of oral argument time, and the motion of PJM Interconnection, LLC to withdraw the motion for modification of oral argument time, it is

    **ORDERED** that the motion to withdraw is granted. The motion for modification of oral argument time is hereby withdrawn.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                            BY:    /s/
                                           Michael C. McGrail
                                           Deputy Clerk