# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 16-1133** | **September Term, 2017** |
| | FERC-151FERC61206 |
| | FERC-154FERC61156 |
| | **Filed On:** June 15, 2018 |

Duke Energy Corporation, et al.,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Independent Market Monitor for PJM and
PJM Interconnection, L.L.C.,
      Intervenors

    **BEFORE:**    Tatel, Griffith, and Millett, Circuit Judges

### O R D E R

    It is, on the court's own motion, **ORDERED** that, in light of the opinion in *Old Dominion Electric Cooperative v. FERC*, No. 16-1111 (D.C. Cir. June 15, 2018), the order filed June 22, 2016, be vacated to the extent that the court granted the motion of Independent Market Monitor for PJM for leave to intervene. It is

    **FURTHER ORDERED** that Independent Market Monitor for PJM be permitted to participate as amicus curiae in this case. The Clerk is to note the docket accordingly.

### Per Curiam

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

               BY:    /s/
                         Ken Meadows
                         Deputy Clerk