# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

——

No. 16-1133                                          **September Term, 2017**
                                                     FILED ON: JUNE 15, 2018

DUKE ENERGY CORPORATION, ET AL.,
                        PETITIONERS

v.

FEDERAL ENERGY REGULATORY COMMISSION,
                        RESPONDENT

PJM INTERCONNECTION, L.L.C.,
                        INTERVENOR

——

On Petition for Review of Orders of the
Federal Energy Regulatory Commission

——

Before: TATEL, GRIFFITH, and MILLETT, *Circuit Judges*

## J U D G M E N T

This cause came on to be heard on the petition for review of orders of the Federal Energy Regulatory Commission and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petition for review is denied, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                        BY:    /s/

                                        Ken Meadows
                                        Deputy Clerk

Date: June 15, 2018

Opinion for the court filed by Circuit Judge Tatel.